IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHERRI SANTIAGO,<br><br>Defendant. | Case No. CR14-0032<br><br>ORDER FOR DETENTION |

On the 12th day of June 2014, this matter came on for hearing on the Motion for Reconsideration by Magistrate Judge of Post-Plea Release Order and "Exceptional Reasons" Finding (docket number 64) filed by the Government on June 10, 2014. The Government was represented by Assistant United States Attorney Justin Lightfoot. The Defendant appeared personally, together with her attorney Dennis E. McKelvie. At the time of hearing, Defendant agreed to be detained. Accordingly, the motion will be granted.

## ORDER

IT IS THEREFORE ORDERED that the Motion for Reconsideration (docket number 64) filed by the Government is hereby **GRANTED**. The Defendant's pretrial release is revoked. Defendant shall be detained and in the custody of the United States Marshal pending sentencing.

DATED this 12th day of June, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA